# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2007

129689 (52)

DONNA KROON-HARRIS,
        Plaintiff-Appellee,

v

STATE OF MICHIGAN,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129689
COA: 261146
Court of Claims: 04-000078-MK

On order of the Court, the motion for reconsideration of this Court's January 12, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH, WEAVER, and KELLY, JJ., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2007

t0314

_____
Clerk